(18)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE COLEMAN [ES-7780] | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : | NO. 10-3025 |

### ORDER

AND NOW, this 25th day of June, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**.

3. Respondents' Motion to Dismiss as Moot/Application for Stay is **GRANTED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*[signature]*

HARVEY BARTLE, III, J.